~~SEALED~~

ORDERED UNSEALED on 01/29/2025 s/ STN

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOE LEWIS,<br>Defendant. | MAGISTRATE CASE NO: **23mj2659-MSB**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Sec. 922(g): Felon in Possession of a Firearm or Ammunition<br><br>Title 18, U.S.C., Sec 1028(a)(7): Fraud and Related Activity in Connection with Identification Documents |

The undersigned Complainant, being duly sworn, states:

COUNT 1

On or about April 23, 2023, within the Southern District of California, Defendant JOE LEWIS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: nineteen rounds of 9mm ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

//

//

COUNT 2

On or about April 23, 2023, within the Southern District of California, Defendant JOE LEWIS did knowingly transfer, possess, and use a means of identification of another person, without lawful authority, and intended to commit a violation of Title 15, United States Code, Section 1644, Fraudulent Use of Credit Cards, and the transfer, possession and use of the means of identification of another person was in or affected commerce between one state and another state; in violation of Title 18, United States Code, Section 1028(a)(7).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Matt R Aday
Matthew R. Aday
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 21st day of July 2023.

HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

This statement is based on discussions with other law enforcement officers, reports, and documents furnished to the Federal Bureau of Investigations.

**Identification of Stolen Vehicle**

On April 23, 2023, San Diego Sheriff's Department (hereafter, "SDSD") Deputy Trevor Karsh was working a regularly scheduled patrol shift within the County of San Diego when a black Honda Civic (hereafter, "V1") drove past him, travelling in the opposite direction. Deputy Karsh observed and described the driver of V1 as a Hispanic male in his mid to late 20's wearing a light-colored shirt. After passing Deputy Karsh, V1 was observed driving erratically into a parking lot located at 415 Grand Avenue, Spring Valley, California ("the Grand Avenue lot"). As Deputy Karsh drove towards V1 to read the license plate, the driver of V1, an unidentified male wearing dark pants or long shorts, exited, and fled on foot. As Deputy Karsh continued to approach V1, an unidentified female passenger exited V1, walked to the driver's side of V1, and turned V1 off. When Deputy Karsh asked why the unidentified male fled on foot, the unidentified female responded, "I don't know, that is not my car." The unidentified female proceeded to walk away from V1.

V1 was bearing California license plate 3SWM24. The last four digits of the VIN did not match the license plate, leading Deputy Karsh to believe V1 was stolen. According to law enforcement database checks, California license plate 3SWM24 was reported stolen on April 20, 2023 (San Diego Police Department Case #23016707.) After further investigation, Deputy Karsh learned that V1 (assigned California license plate 4GOF096) was reported stolen on April 17, 2023 (San Diego Police Department Case #20230821.)

**Identification of Joe Lewis**

During the search of V1, a black backpack was located directly behind the center console. The backpack had "SVLS X3" and "BULLY" written on the inside. Investigators know "SVLS X3" to be symbols and acronyms associated to the Spring Valley Locos criminal street gang. Additionally, investigators know "BULLY" to be a moniker for JOE

**LEWIS**.[1] Based on the information, Deputy Karsh accessed **LEWIS'** booking photograph from 2021 via a law enforcement database, and recognized **LEWIS** as the male driving V1 who fled.

The unidentified female was eventually located by SDSD deputies. She provided her name as A.G.[2] After being advised of her Miranda Rights, A.G. was interviewed and stated that she was hanging out with **LEWIS** but did not know V1 was stolen. Additionally, A.G. stated that she did not know why **LEWIS** ran away from V1, but agreed that in the given situation, a logical person would think V1 was stolen. A.G. was placed under arrest for 496d(a) PC (Possession of a Stolen Vehicle).

A search of the backpack revealed a blue OnePlus-brand cellular phone, a SIM card, a 32 gb SanDisk microSD card; one driver's license for an unknown individual, debit or credit cards for seven unknown individuals, and several ingnition keys from multiple vehicle manufacturers, as shown in the photos below. The driver's license for the unknown individual had the same name on it as four of the debit or credit cards. Two of those debit or credit cards had bank identification numbers for Navy Federal Credit Union and Citibank which are both headquartered outside the state of California.



The vehicle ignition keys; blue OnePlus cellular telephone, plastic baggie containing a SIM card and 32 gb SanDisk microSD card; one driver's license for an unknown individual and debit or credit cards for seven unknown individuals found in the black backpack that was located directly behind the center console of V1.

[1] On February 21, 2021, **LEWIS** was arrested in Spring Valley, California for being in possession of a stolen vehicle and two felony warrants. **LEWIS** was in possession of a cell phone seized during the arrest. During a search of the cell phone, numerous SVLS related photographs were located. Additionally, numerous text messages were discovered in which **LEWIS** introduces himself as "Me BULLY Vs" and "Bully."

[2] The identification of A.G. was confirmed via a previous booking photograph of A.G.

**Discovery of Firearm, Ammunition, and Narcotics**

On the same day, the residents of a property on Paraiso Avenue, Spring Valley, California ("the Paraiso Avenue residence"), called law enforcement to report finding a black bag that contained a handgun in their backyard. Deputies retrieved the black bag from the Paraiso Avenue residence, which was later identified as a Lulu Lemon "fanny pack." Inside of the fanny pack Deputies located a gray and silver handgun with no serial number that contained a magazine carrying ten rounds of 9mm ammunition. In another pouch of the fanny pack, Deputies located nine additional rounds of 9mm ammunition. Also found inside of the main pouch of the fanny pack were two small baggies, one of which contained a clear crystalline substance, and the other a fine, white powdery substance.

The nineteen rounds of ammunition found inside the fanny pack were manufactured by a variety of manufacturers, to include: Winchester, Remington, Prvi Partizan, Federal, Speer, and Blazer. None of these manufacturers contain manufacturing facilities in California. Therefore, the nineteen rounds of ammunition had been shipped or traveled interstate.

One of the residents of the Paraiso Avenue residence informed Deputies that he/she saw an individual wearing all black run past the southeast corner from the window. The individual placed a chair behind their fence to assist in jumping into the front yard.

Additionally, a witness that directed Deputies to the backyard of the Paraiso Avenue residence informed them that he/she saw a male run from the Grand Avenue lot to the backyard of the Paraiso Avenue residence, where he jumped over the fence. The Grand Avenue lot is located across an alley from the Paraiso Avenue residence.

Investigators learned that LEWIS has approximately seven prior felony convictions including a 2020 conviction for a violation of California Penal Code 30305(A)(1), Possession of Ammunition or Reloaded Ammunition by a Prohibited Person.